## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:21-CV-05260

Plaintiff:
**Jennifer Le Bron**
vs.
Defendant:
**ABC Financial d/b/a ABC Fitness Solution**

For: Craig Thor Kimmel
Kimmel & Silverman, P.C.

Received by MYERS ATTORNEY'S SERVICE to be served on **ABC Financial d/b/a ABC Fitness Solution By Serving Authorized Person, 8320 Highway 107, Sherwood, AR 72120**. I, _Ran Bryant_, being duly sworn, depose and say that on the _3_ day of _Nov_, 20_21_ at _3:40_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, NOTIFICATION OF DOCKET ENTRY, JOINT INITIAL STATUS REPORT UNDER RULE 26(F)** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(X) CORPORATE SERVICE: By Serving _Jill Dozier_ as _Chief Service Officer_.

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:

Service Was Completed At:
( ) ADDRESS ABOVE
(X) OTHER ADDRESS: _208 E Rich Ave, Sherwood, AR_
COMMENTS: _Business no longer at 8320 Hwy 107 Sherwood, AR. Located new address, went there + served person)_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

County of _Pulaski_

Subscribed and Sworn to before me on this _3_ day of _Nov_ 20_21_ by the affiant who is personally known to me.

_Nita Melton_
NOTARY PUBLIC

My commission expires: _6-2-2026_

_Ran Bryant_

PROCESS SERVER # _117_
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
323 Center Street
Suite 1425
Little Rock, AR 72201
(501) 376-6266

Our Job Serial Number: 2021012796

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

